# Supreme Court of Kentucky

2018-SC-0466-MR


DAWAN Q. MULAZIM                                                      APPELLANT


                        ON APPEAL FROM FAYETTE CIRCUIT COURT
V.                      HONORABLE PAMELA R. GOODWINE, JUDGE
                                  NO. 15-CR-00592-003


COMMONWEALTH OF KENTUCKY                                              APPELLEE


## ORDER DENYING PETITION FOR MODIFICATION/EXTENSION


The Petition for Modification/Extension, filed by the Appellant, of the

Opinion of the Court, rendered April 30, 2020, is DENIED.

All sitting.  All concur.

ENTERED: February 18, 2021.


_____
CHIEF JUSTICE